NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Michael R. Leslie, State Bar No. 126820
Kelly L. Perigoe, State Bar No. 268872
Kimberly M. Singer, State Bar No. 279883
CALDWELL LESLIE & PROCTOR, PC
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017-5524
Tel: (213) 629-9040;  Fax: (213) 629-9022

ATTORNEY(S) FOR:   Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISU INVESTMENTS, LTD. and KARGO GROUP GP, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>TRIMAS CORPORATION d/b/a NI INDUSTRIES, INC., and DOES 1-10<br><br>Defendant(s) | CASE NUMBER:<br><br>2:16-CV-00686<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Plaintiffs Alisu Investments, Ltd. and Kargo Group GP, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Alisu Investments, Ltd. is a California limited partnership, the manager of whom is Aliza Karney Guren. | 75% owner of the property in question, as a tenant-in-common. |
| Kargo Group GP, LLC is a California limited liability company, the mananger of whom is Barry Cayton. | 25% owner of the property in question, as a tenant-in-common. |
| Karney Management Company, a California corporation, is the property manager for the property at issue. | Property manager. |

February 1, 2016                        /s/ Michael R. Leslie
Date                                    Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Alisu Investments, Ltd.;  Kargo Group GP, LLC