ELIZABETH M. WEAVER (BAR NO. 123764)
elizabeth.weaver@nortonrosefulbright.com
H. JOSEPH DRAPALSKI III (BAR NO. 298791)
joseph.drapalski@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494

Attorneys for Defendant
TRIMAS CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISU INVESTMENTS, LTD. and KARGO GROUP GP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TRIMAS CORPORATION dba NI INDUSTRIES, INC., and DOES 1–10 inclusive,<br><br>Defendants. | Case No.:  2:16-cv-00686 GHK (PJWx)<br><br>**DEFENDANT TRIMAS CORPORATION'S CORPORATE DISCLOSURE STATEMENT**<br><br>Second Amended Complaint Filed: April 12, 2016 |

1     Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant TriMas Corporation, discloses the following information:

    TriMas Corporation does not have a parent corporation.

    Fidelity Management & Research Company owns 12.45% of TriMas' stock as of December 31, 2015.

Dated: April 26, 2016

ELIZABETH M. WEAVER
H. JOSEPH DRAPALSKI III
**NORTON ROSE FULBRIGHT US LLP**


By   /s/ Elizabeth M. Weaver
    ELIZABETH M WEAVER
    Attorneys for Defendant
    TRIMAS CORPORATION

# PROOF OF SERVICE

I, Elizabeth M. Weaver, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On April 26, 2016, I electronically filed the attached document(s): ***DEFENDANT TRIMAS CORPORATION'S CORPORATE DISCLOSURE STATEMENT*** the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Michael R. Leslie
Kelly L. Perigoe
Kimberly M. Singer
CALDWELL LESLIE & PROCTOR, PC
725 S. Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Tel: (213) 629-9040
Fax: (213) 629-9022
leslie@caldwell-leslie.com
perigoe@caldwell-leslie.com
singer@caldwell-leslie.com
***Attorney for Plaintiffs***

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 26, 2016, at Los Angeles, California.

/s/ Elizabeth M. Weaver
ELIZABETH M. WEAVER

DOCUMENT PREPARED ON RECYCLED PAPER