VICTOR M. SHER (SBN 96197)
vic@sheredling.com
MATTHEW K. EDLING (SBN 250940)
matt@sheredling.com
MARTIN QUIÑONES (SBN 293318)
marty@sheredling.com
**SHER EDLING LLP**
100 Montgomery St. Suite 1410
San Francisco, CA 94104
Tel: (628) 231-2500
Fax: (628) 231-2929

*Attorneys for Plaintiffs ALISU INVESTMENTS, LTD, and KARGO GROUP GP, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALISU INVESTMENTS, LTD. and KARGO GROUP GP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TRIMAS CORPORATION d/b/a/ NI INDUSTRIES, INC., BRADFORD WHITE CORPORATION, LUPPE RIDGWAY LUPPEN, PAULA BUSCH LUPPEN, METAL PRODUCTS ENGINEERING, DEUTSCH/SDL, LTD., RHEEM MANUFACTURING COMPANY, and INFINITY HOLDINGS, LLC,<br><br>Defendants.<br><br>AND ALL COUNTERCLAIMS | Case No. 2:16-CV-00686 MWF (PJWx)<br><br>Honorable Michael W. Fitzgerald<br><br>**ORDER GRANTING STIPULATION TO MODIFY ORDER RE JURY TRIAL** |

1  After considering the concurrently-filed Stipulation submitted by Plaintiffs
2 Alisu Investments, Ltd. and Kargo Group GP, LLC (collectively "Plaintiffs"), on
3 the one hand, and Defendants TriMas Corp. d/b/a NI Industries, Inc.; Bradford
4 White Corp.; Deutsch/SDL, Ltd.; Rheem Manufacturing Co.; and Infiniti
5 Holdings, LLC (collectively "Defendants"), on the other hand, and good cause
6 appearing, IT IS HEREBY ORDERED that:

7

8  1.  [ **X** ] The pre-trial deadlines in the Court's Order re Jury Trial, Doc.
9  68 (March 6, 2017), shall be modified according to **Proposed**
10  **Schedule A** as reflected in the table of dates below.
11  2.  [____] The pre-trial deadlines in the Court's Order re Jury Trial, Doc.
12  68 (March 6, 2017), shall be modified according to **Proposed**
13  **Schedule B** as reflected in the table of dates below.
14

15  All provisions, deadlines and requirements in the Court's Order re Jury
16 Trial, Doc. 68 (March 6, 2017), other than those dates expressly modified below,
17 remain in full force and effect.

SHER EDLING LLP

**ORDER GRANTING STIPULATION TO MODIFY ORDER RE JURY TRIAL;**
**CASE NO. 2:16-CV-00686 MWF (PJWX)**

1

| Date | New Schedule A |
|---|---|
| Non-Expert Discovery Cut-off | February 4, 2019 |
| Expert Disclosure (Initial) | February 11, 2019 |
| Expert Disclosure (Rebuttal) | March 11, 2019 |
| Expert Discovery Cut-off | March 25, 2019 |
| Last Day to Hear Motions | May 6, 2019 |
| Last Day to Conduct ADR Proceeding | May 20, 2019 |
| File Memorandum of Contentions of Facts and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | July 1, 2019 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict Forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions | July 8, 2019 |
| Final Pretrial Conference and Hearing on Motions in Limine | July 22, 2019, at 11:00 a.m. |
| Trial Date (Est. 7-10 days) | August 13, 2019, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: January 4, 2018  _____

The Honorable Michael W. Fitzgerald
United States District Judge