VICTOR M. SHER (SBN 96197)
vic@sheredling.com
MATTHEW K. EDLING (SBN 250940)
matt@sheredling.com
MARTIN QUIÑONES (SBN 293318)
marty@sheredling.com
**SHER EDLING LLP**
100 Montgomery St., Suite 1410
San Francisco, CA 94104
Tel:   (628) 231-2500
Fax:   (628) 231-2929

*Attorneys for Plaintiffs ALISU INVESTMENTS, LTD, and KARGO GROUP GP, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALISU INVESTMENTS, LTD. and KARGO GROUP GP, LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>TRIMAS CORPORATION d/b/a/ NI INDUSTRIES, INC.; BRADFORD WHITE CORPORATION; LUPPE RIDGWAY LUPPEN; PAULA BUSCH LUPPEN; METAL PRODUCTS ENGINEERING; DEUTSCH/SDL, LTD.; RHEEM MANUFACTURING COMPANY; INFINITY HOLDINGS, LLC; and STANSTEEL CORPORATION,<br><br>          Defendants.<br><br>AND ALL COUNTERCLAIMS | Case No. 2:16-CV-00686 MWF (PJWx)<br><br>Honorable Michael W. Fitzgerald<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY ORDER RE JURY TRIAL |

Upon consideration of the Parties' Joint Stipulation to Modify the Court's Order Regarding Jury Trial, IT IS HEREBY ORDERED THAT:

1. Fact discovery will be stayed for 120 days from the date of entry of this Order, after which time discovery would proceed according to the modified deadlines listed below; and

2. The remaining deadlines listed in Part I of the Court's Order re Jury Trial be modified as follows:

| | |
|---|---|
| Non-Expert Discovery Cut-off | June 4, 2019 |
| Expert Disclosure (Initial) | June 11, 2019 |
| Expert Disclosure (Rebuttal) | July 9, 2019 |
| Expert Discovery Cut-off | July 23, 2019 |
| Last Day to Hear Motions | October 22, 2019 |
| Last Day to Conduct ADR Proceeding | November 5, 2019 |
| File Memorandum of Contentions of Facts and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | December 17, 2019 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict Forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions | December 31, 2019 |
| Final Pretrial Conference and Hearing on Motions in Limine | January 14, 2020 at 11:00 a.m. |
| Trial Date (Est. 7–10 days) | February 4, 2020 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: 1/4/2019

The Honorable Michael W. Fitzgerald
United States District Judge