CROCKETT & ASSOCIATES
Robert D. Crockett (Bar No. 105628)
*bob@bobcrockettlaw.com*
Lisa Dearden Trépanier (Bar No. 156302)
*lisatrepanier@bobcrockettlaw.com*
23929 Valencia Boulevard, No. 303
Valencia, CA 91355
Telephone: (323) 487-1101
Facsimile: (323) 843-9711

Attorneys for Defendants &
Counterclaimants Metal Products
Engineering, Luppe Ridgway Luppen, and
Paula Busch Luppen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALISU INVESTMENTS, LTD. and KARGO GROUP GP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TRIMAS CORPORATION d/b/a NI INDUSTRIES, INC., BRADFORD WHITE CORPORATION, LUPPE RIDGWAY LUPPEN, PAULA BUSCH LUPPEN, METAL PRODUCTS ENGINEERING, DEUTSCH/SDL, LTD., RHEEM MANUFACTURING COMPANY, and INFINITY HOLDINGS, LLC, <br><br> Defendants. <br><br> AND ALL COUNTERCLAIMS | CASE NO.: 2:16-cv-00686 MWF (PJWx) <br><br> **JOINT STATUS REPORT RE MEDIATION** <br><br> Jury Trial: February 4, 2020 |

Pursuant to this Court's January 16, 2019 Order (Dkt. No. 238), the parties hereby submit this Joint Status Report re Mediation.

As ordered by the Court, a mediation was held on March 1, 2019 with private mediator, Hon. George King (Ret.), of JAMS.

In attendance on behalf of Defendants were Luppe "Ridge" Luppen, Paula Luppen, Luppe "Ted" Luppen, and environmental consultant Hyung Kim, as well as Robert D. Crockett, counsel for Defendants.

In attendance on behalf of Plaintiffs was Martin Quinones, counsel for Plaintiffs.

The parties were not able to resolve any of their disagreements.

DATED: March 5, 2019

CROCKETT & ASSOCIATES

By /s/ Robert D. Crockett
Robert D. Crockett
Lisa Dearden Trépanier
Attorneys for Metal Products Engineering, Luppe Ridgway Luppen, and Paula Busch Luppen

DATED: March 8, 2019

SHER EDLING, LLP

By /s/ Martin Quiñones
Martin Quiñones
Attorneys for Alisu Investments, Ltd. and Kargo Group GP, LLC

4811-8705-0889, v. 1

LOS ANGELES

JOINT STATUS REPORT RE MEDIATION