| | |
|---|---|
| 1 | VICTOR M. SHER (SBN 96197) |
| 2 | vic@sheredling.com |
| | MATTHEW K. EDLING (SBN 250940) |
| 3 | matt@sheredling.com |
| 4 | ADAM M. SHAPIRO (SBN 267429) |
| | adam@sheredling.com |
| 5 | MARTIN D. QUIÑONES (SBN 293318) |
| 6 | marty@sheredling.com |
| | TIMOTHY R. SLOANE (SBN 292864) |
| 7 | tim@sheredling.com |
| 8 | **SHER EDLING LLP** |
| | 100 Montgomery St., Suite 1410 |
| 9 | San Francisco, CA 94104 |
| 10 | Tel:   (628) 231-2500 |
| | Fax:   (628) 231-2929 |
| 11 | |
| 12 | *Attorneys for Plaintiffs ALISU INVESTMENTS, LTD,* |
| | *and KARGO GROUP GP, LLC* |
| 13 | |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALISU INVESTMENTS, LTD. and KARGO GROUP GP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TRIMAS CORPORATION d/b/a/ NI INDUSTRIES, INC., BRADFORD WHITE CORPORATION, LUPPE RIDGWAY LUPPEN, PAULA BUSCH LUPPEN, METAL PRODUCTS ENGINEERING, DEUTSCH/SDL, LTD., RHEEM MANUFACTURING COMPANY, and INFINITY HOLDINGS, LLC, <br><br> Defendants. <br><br> AND ALL COUNTERCLAIMS | Case No. 2:16-CV-00686 MWF (PJWx) <br><br> Honorable Michael W. Fitzgerald <br><br> **DECLARATION OF MARTIN D. QUIÑONES IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY PRE-TRIAL SCHEDULING ORDER** <br><br> Date: May 6, 2019 <br> Time: 10:00 AM <br> Judge: Hon. Michael W. Fitzgerald <br><br> Jury Trial: February 4, 2020 |

SHER EDLING LLP

**DECLARATION OF MARTIN D. QUIÑONES IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY PRE-TRIAL SCHEDULING ORDER;**
**CASE NO. 2:16-CV-00686 MWF (PJWX)**

I, Martin D. Quiñones, declare as follows:

1. I am an attorney duly admitted to practice before all courts of the State of California and in the United States District Court for the Central District of California. I am an Associate in the law firm of Sher Edling LLP, attorneys for Plaintiffs Alisu Investments, Ltd. and Kargo Group GP, LLC (collectively "Plaintiffs"). I submit this Declaration in support of Plaintiffs' Motion to Modify Pre-Trial Scheduling Order. I have personal knowledge of the facts set forth below, and if called upon to testify, I could and would competently testify to them.

2. Plaintiffs' counsel met and conferred with counsel for all Defendants concerning the relief requested in Plaintiffs' Motion to Modify Pre-Trial Scheduling Order, between March 15, 2019, and April 2, 2019. Defendant Bradford White Corp. indicated that it did not oppose the requested relief. Defendants Luppe Luppen, Paula Luppen, Metal Products Engineering (collectively the "Luppen Defendants"); Infinity Holdings, LLC; and TriMas Corp. indicated they opposed the requested relief. Defendants Rheem Manufacturing Co. and Deutsch/SDL, Ltd., indicated that they had not formed a position on the requested relief.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Voluntary Cleanup Agreement, in the matter of 4901 South Boyle Avenue, Vernon, California 90058, Docket No. HAS VCA 15/16-160, filed with the State of California, Environmental Protection Agency, Department of Toxic Substances Control ("DTSC"), executed August 1, 2016. This document is available electronically via DTSC's EnviroStor website at the following URL:

https://www.envirostor.dtsc.ca.gov/public/final_documents2?global_id=60002375&enforcement_id=60410736

4. Attached hereto as **Exhibit 2** is a true and correct copy of a letter from Folashade Simpson of DTSC to Plaintiffs regarding the Review of Responses to DTSC Comments and Supplemental Groundwater, Soil Gas and Former Building 2 Removal Workplan (EAI, December 14, 2016) for 4901 South Boyle Avenue, dated

SHER EDLING LLP

DECLARATION OF MARTIN D. QUIÑONES IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY PRE-TRIAL SCHEDULING ORDER; CASE NO. 2:16-CV-00686 MWF (PJWX)

1

March 10, 2017. This document is available electronically via DTSC's EnviroStor website at the following URL:

> https://www.envirostor.dtsc.ca.gov/public/final_documents2?global_id=60002375&doc_id=60421397

5. Attached hereto as **Exhibit 3** is a true and correct copy of an email chain between Folashade Simpson of DTSC and Steve Bright of Environmental Audit, Inc. ("EAI"), among others, with the subject line "Re: Proposed Revised Off-Site Well Locations – 4901 S. Boyle Avenue, Vernon" with the most recent email in the chain dated April 6, 2017.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the text portion of the Groundwater Monitoring Well/Nested Soil Vapor Probes MW-4/SVP-4, MW-5/SVP-5, and MW-7/SVP-7 Installation Report for 4901 S. Boyle Avenue, Vernon CA 90058, dated November 28, 2017, which EAI submitted to DTSC on or about that date. The full report has been produced to all parties in discovery and can be made available to the court on request.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the text portion of a report titled Supplemental Site Assessment II prepared for Plaintiffs by EAI, dated October 18, 2018, which EAI submitted to DTSC on or about that date. The full report has been produced to all parties in discovery and can be made available to the court on request.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a letter from Brian Beltz and Steve Bright of EAI to Michael Haynes of South Coast Air Quality Management District ("AQMD"), regarding Notice to Comply, dated February 28, 2018.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a letter from Folashade Simpson of DTSC to Aliza Guren of Alisu Investments, Ltd., regarding Approval of Windrow Characterization Report for 4901 S. Boyle Avenue, Vernon (Site Code 301759) dated February 15, 2019. This document is available

SHER EDLING LLP

**DECLARATION OF MARTIN D. QUIÑONES IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY PRE-TRIAL SCHEDULING ORDER; CASE NO. 2:16-CV-00686 MWF (PJWX)**

2

electronically via DTSC's EnviroStor website at the following URL:

https://www.envirostor.dtsc.ca.gov/public/final_documents2?global_id=60002375&doc_id=60456302

10. Attached hereto as **Exhibit 8** is a true and correct copy of a letter from Steve Bright and Brian Beltz of EAI to Folashade Simpson of DTSC and Michael Haynes of AQMD, with the subject line "Revised Request to Knock Down Windrow Soil Stockpiles," 4901 S. Boyle Avenue, Vernon, CA 90058, dated February 21, 2019.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the text portion of a report titled Supplemental Site Assessment III, prepared for Plaintiffs by EAI dated October 19, 2018, which EAI submitted to DTSC on or about that date. The full report has been produced to all parties in discovery, and can be made available to the court on request.

12. Attached hereto as **Exhibit 10** is a true and correct copy of an email from Folashade Simpson to Steve Bright with the subject line "Second Semi-Annual 2018 Groundwater Monitor Report" with an attachment titled DTSC "Comments on EAIs Second Semi Annual GW Monitoring Report 10-25-18," dated October 26, 2018.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a letter from Brian Beltz to Folashade Simpson regarding Supplemental Site Assessment III Work Plan Addendum 4901 South Boyle Avenue, Vernon, CA 90049, dated November 30, 2018.

14. Attached hereto as **Exhibit 12** is a true and correct copy of an email chain between Steve Bright of EAI and Folashade Simpson of DTSC, among others, with the subject line "DTSC Comments on SSAII. SSAIII Workplan and SSAIII Workplan Addendum" with an attachment titled "DTSC Comments on SSAII Report, SSAIII Workplan and SSAIII Workplan Addendum 2-12-16," with the most recent email chain dated February 12, 2019.

SHER EDLING LLP

**DECLARATION OF MARTIN D. QUIÑONES IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY PRE-TRIAL SCHEDULING ORDER; CASE NO. 2:16-CV-00686 MWF (PJWX)**

3

15. Attached hereto as **Exhibit 13** is a true and correct copy of an email from Folashade Simpson of DTSC to Steve Bright of EAI with the subject line "SSA II, SSA III Workplan and SSAIII Workplan Addendum," dated March 1, 2019. This document is available electronically via DTSC's EnviroStor website at the following URL:

https://www.envirostor.dtsc.ca.gov/public/final_documents2?global_id=60002375&doc_id=60452981

16. Attached hereto as **Exhibit 14** is a true and correct copy of an email chain between Steve Bright of EAI and Folashade Simpson of DTSC, among others, with the subject line "Update 7 on Status of Work Efforts–4901 S. Boyle Ave., Vernon", with the most recent email chain dated March 15, 2019.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a document titled Amendment to Voluntary Cleanup Agreement, in the matter of 4901 South Boyle Avenue, Vernon, California 90058, Docket No. HAS VCA 15/16-160, filed with the State of California, Environmental Protection Agency, Department of Toxic Substances Control ("DTSC"). This document is available electronically via DTSC's EnviroStor website at the following URL:

https://www.envirostor.dtsc.ca.gov/public/final_documents2?global_id=60002375&enforcement_id=60454742

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that I executed this Declaration on April 2, 2019, at San Francisco, California.

*/s/ Martin D. Quiñones*
MARTIN D. QUIÑONES

SHER EDLING LLP

DECLARATION OF MARTIN D. QUIÑONES IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY PRE-TRIAL SCHEDULING ORDER; CASE NO. 2:16-CV-00686 MWF (PJWX)   4