**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Alisu Investments, LTD., et al.,<br><br>Plaintiff(s)<br>v.<br><br>TriMas Corporation, et al.,<br><br>Defendant(s) | CASE NUMBER:<br><br>CV 16-686-MWF(PJW)<br><br>**MOTION RE: INFORMAL DISCOVERY DISPUTE** | |

The parties have requested an informal discovery conference with Magistrate Judge

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

Dated:    April 1, 2019          By:    /s/ Isabel Martinez

Deputy Clerk