UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 16-686-MWF (PJWx) | Date | April 1, 2019 |
|---|---|---|---|
| Title | *Alisu Investments, LTD., et al. v. TriMas Corporation, et al.* | | |

| Present: The Honorable | Patrick J. Walsh, United States Magistrate Judge |
|---|---|

| Isabel Martinez | Court Smart 4/1/19 | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Matthew K. Edling<br>Quinones D. Martin | Lisa Dearden Trepanier<br>Joseph Drapalski<br>Tim C. Hsu<br>Michael Stiles<br>Kevin Gilliland |

**Proceedings:**     **Telephonic Conference Re Discovery Dispute**

 The case is called and appearances are made. The Court heard argument on discovery issues. The Court makes its rulings on the record.

S:\PJW\Cases-X\Alisu Investments, Inc. v TriMas Corp\MO_ discovery dispute 040119.wpd

                                                              :     29

                                          Initials of Preparer     im