1  VICTOR M. SHER (SBN 96197)
   vic@sheredling.com
2  MATTHEW K. EDLING (SBN 250940)
3  matt@sheredling.com
   ADAM M. SHAPIRO (SBN 267429)
4  adam@sheredling.com
5  MARTIN D. QUIÑONES (SBN 293318)
   marty@sheredling.com
6  TIMOTHY R. SLOANE (SBN 292864)
7  tim@sheredling.com
   **SHER EDLING LLP**
8  100 Montgomery St., Suite 1410
9  San Francisco, CA 94104
   Tel:  (628) 231-2500
10 Fax:  (628) 231-2929
11
12 *Attorneys for Plaintiffs ALISU INVESTMENTS, LTD,*
   *and KARGO GROUP GP, LLC*
13

14          **UNITED STATES DISTRICT COURT**

15      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ALISU INVESTMENTS, LTD. and KARGO GROUP GP, LLC,<br><br>                Plaintiffs,<br><br>       v.<br><br>TRIMAS CORPORATION d/b/a/ NI INDUSTRIES, INC., BRADFORD WHITE CORPORATION, LUPPE RIDGWAY LUPPEN, PAULA BUSCH LUPPEN, METAL PRODUCTS ENGINEERING, DEUTSCH/SDL, LTD., RHEEM MANUFACTURING COMPANY, and INFINITY HOLDINGS, LLC,<br><br>                Defendants.<br><br>AND ALL COUNTERCLAIMS | Case No. 2:16-CV-00686 MWF (PJWx)<br><br>Honorable Michael W. Fitzgerald<br><br>**NOTICE OF ERRATA TO PLAINTIFFS' MOTION TO MODIFY PRE-TRIAL SCHEDULING ORDER**<br><br>Date: May 6, 2019<br>Time: 10:00 AM<br>Judge: Hon. Michael W. Fitzgerald<br>Jury Trial: February 4, 2020 |

# NOTICE OF ERRATA

Plaintiffs Alisu Investments, Ltd., and Kargo Group GP, LLC respectfully submit this Notice of Errata to their Motion to Modify Pre-Trial Scheduling Order ("Motion"), which was filed April 2, 2019, at Docket No. 246, to correct an apparent technical error in the filing of a supporting document. Plaintiffs submitted the Declaration of Martin D. Quiñones (Doc. No. 246-1) in support of the Motion, with fifteen (15) attached Exhibits. *See* Docs. 246-2–246-16. Exhibit 1 to the Declaration, filed at Docket No. 246-2, apparently did not upload correctly to the Court's ECF system; while the correct file size and number of pages for the Exhibit appear on the Court's PACER page, attempting to view the document yields a single blank page, and attempting to download the document appears to generate a corrupted or otherwise unusable file.

In light of the above, Plaintiffs are concurrently filing a corrected Exhibit 1 that makes no changes to the original Exhibit or to the Motion.

Dated: April 2, 2019        **SHER EDLING LLP**

By: */s/ Martin D. Quiñones*
VICTOR M. SHER
MATTHEW K. EDLING
MARTIN D. QUIÑONES
TIMOTHY R. SLOANE
ADAM M. SHAPIRO

*Attorneys for Plaintiffs ALISU INVESTMENTS, LTD, and KARGO GROUP GP, LLC*