| | |
|---|---|
| 1 | VICTOR M. SHER (SBN 96197) |
| 2 | vic@sheredling.com |
| | MATTHEW K. EDLING (SBN 250940) |
| 3 | matt@sheredling.com |
| 4 | ADAM M. SHAPIRO (SBN 267429) |
| | adam@sheredling.com |
| 5 | MARTIN D. QUIÑONES (SBN 293318) |
| 6 | marty@sheredling.com |
| | TIMOTHY R. SLOANE (SBN 292864) |
| 7 | tim@sheredling.com |
| 8 | **SHER EDLING LLP** |
| | 100 Montgomery St., Suite 1410 |
| 9 | San Francisco, CA 94104 |
| 10 | Tel:   (628) 231-2500 |
| | Fax:  (628) 231-2929 |
| 11 | |
| 12 | *Attorneys for Plaintiffs ALISU INVESTMENTS, LTD, and KARGO GROUP GP, LLC* |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALISU INVESTMENTS, LTD. and KARGO GROUP GP, LLC, | Case No. 2:16-CV-00686 MWF (PJWx) |
| Plaintiffs, | Honorable Michael W. Fitzgerald |
| v. | **ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY PRE-TRIAL SCHEDULING ORDER** |
| TRIMAS CORPORATION d/b/a/ NI INDUSTRIES, INC., BRADFORD WHITE CORPORATION, LUPPE RIDGWAY LUPPEN, PAULA BUSCH LUPPEN, METAL PRODUCTS ENGINEERING, DEUTSCH/SDL, LTD., RHEEM MANUFACTURING COMPANY, and INFINITY HOLDINGS, LLC, | |
| Defendants. | |
| AND ALL COUNTERCLAIMS | |

Upon consideration of Plaintiffs and Counterdefendants Alisu Investments, Ltd.'s, and Kargo Group GP, LLC's, Motion to Modify Pre-Trial Scheduling Order, submitted on April 2, 2019, supporting documents submitted therewith, responsive papers submitted by Defendants and Counterclaimants, and oral argument, and for good cause shown, IT IS HEREBY ORDERED THAT:

The deadlines listed in Part I of the Court's Order re Jury Trial shall be modified as follows:

| | |
|---|---|
| Non-Expert Discovery Cut-off | March 9, 2020 |
| Expert Disclosure (Initial) | March 16, 2020 |
| Expert Disclosure (Rebuttal) | April 13, 2020 |
| Expert Discovery Cut-off | April 27, 2020 |
| Last Day to Hear Motions | July 27, 2020 |
| Last Day to Conduct ADR Proceeding | August 4, 2020 |
| File Memorandum of Contentions of Facts and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | September 15, 2020 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict Forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions | September 29, 2020 |
| Final Pretrial Conference and Hearing on Motions in Limine | October 13, 2020 at 11:00 a.m. |
| Trial Date (Est. 7–10 days) | November 3, 2020 at 8:30 a.m. |

1  IT IS SO ORDERED.

3  Dated: May 10, 2019

   _____
   The Honorable Michael W. Fitzgerald
   United States District Judge

SHER EDLING LLP

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY PRE-TRIAL SCHEDULING ORDER; CASE NO. 2:16-CV-00686 MWF (PJWX)**

2