# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALISU INVESTMENTS, LTD. and KARGO GROUP GP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TRIMAS CORPORATION d/b/a/ NI INDUSTRIES, INC.; BRADFORD WHITE CORPORATION; LUPPE RIDGWAY LUPPEN; PAULA BUSCH LUPPEN; METAL PRODUCTS ENGINEERING; DEUTSCH/SDL, LTD.; RHEEM MANUFACTURING COMPANY; and INFINITY HOLDINGS, LLC,<br><br>Defendants.<br><br>AND ALL COUNTERCLAIMS | Case No. 2:16-CV-00686 MWF (PJWx)<br><br>Honorable Michael W. Fitzgerald<br><br>**ORDER GRANTING STIPULATION TO STAY CASE, DENYING MOTIONS [241] AND [282], AND VACATING ALL PRETRIAL AND TRIAL DATES** |

For good cause shown, the Parties' Stipulation to Stay the Case is hereby GRANTED. IT IS HEREBY ORDERED that:

- The entire action is stayed to allow for continued settlement discussions in this matter, with the exception of any outstanding written discovery served prior to the date of this Order and any motions for good faith settlement pursuant to California Code of Civil Procedure § 877.6;
- The Parties shall engage in good faith settlement negotiations in an effort to resolve all claims in this action;
- The Motion for Sanctions [241] and Motion for Leave to File Third Counterclaim [282] are DENIED without prejudice;

- All other current trial and pre-trial deadlines are vacated;
- By no later than March 31, 2020, the Parties shall submit a report to the Court on the status of settlement discussions and continued propriety of the stay;
- Thereafter, the Parties shall submit a report to the Court on the status of settlement discussions and continued propriety of the stay on the last business day of every month;
- If the Parties are unable to settle this action by May 29, 2020, the Parties shall submit to the Court for its approval a revised stipulation and proposed order coordinating fact and expert discovery in the action and a revised case schedule governing further proceedings in this matter, including trial;
- The Parties' stipulation may be modified or amended by agreement among the Parties, subject to further court approval.

IT IS SO ORDERED.

Dated: March 5, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge