MATTHEW K. EDLING (SBN 250940)
matt@sheredling.com
ADAM M. SHAPIRO (SBN 267429)
adam@sheredling.com
MARTIN QUIÑONES (SBN 293318)
marty@sheredling.com
TIMOTHY R. SLOANE (SBN 292864)
tim@sheredling.com
**SHER EDLING LLP**
100 Montgomery St., Suite 1410
San Francisco, CA 94104
Tel:   (628) 231-2500
Fax:   (628) 231-2929

*Attorneys for Plaintiffs ALISU INVESTMENTS, LTD, and KARGO GROUP GP, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALISU INVESTMENTS, LTD. and KARGO GROUP GP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TRIMAS CORPORATION d/b/a/ NI INDUSTRIES, INC.; BRADFORD WHITE CORPORATION; LUPPE RIDGWAY LUPPEN; PAULA BUSCH LUPPEN; METAL PRODUCTS ENGINEERING; DEUTSCH/SDL, LTD.; RHEEM MANUFACTURING COMPANY; and INFINITY HOLDINGS, LLC, <br><br> Defendants. <br><br> AND ALL COUNTERCLAIMS | Case No. 2:16-CV-00686 MWF (PJWx) <br><br> Honorable Michael W. Fitzgerald <br><br> **CASE STATUS REPORT** |

Pursuant to the Court's March 5, 2020 Order [Dkt. No. 285], Plaintiffs Alisu Investments, Ltd. and Kargo Group GP, LLC (collectively "Plaintiffs"), Defendants TriMas Corp. d/b/a NI Industries, Inc.; Bradford White Corp.; Luppe Ridgway Luppen; Paula Busch Luppen; Metal Products Engineering; Deutsch/SDL Ltd.; Rheem Manufacturing Co.; and Infinity Holdings, LLC ("Defendants"), write to inform the Court that the parties continue to negotiate in good faith. As the parties are engaged in various stages of settlement discussions, all parties request the stay remain in place as previously ordered, and shall report to the Court as set forth in Dkt. No. 285.

Dated: April 30, 2020         **SHER EDLING LLP**

                      By: */s/ Adam M. Shapiro*
                          Matthew K. Edling
                          Adam M. Shapiro

                          *Attorneys for Plaintiffs ALISU INVESTMENTS, LTD, and KARGO GROUP GP, LLC*

Dated: April 30, 2020         **NORTON ROSE FULBRIGHT US LLP**

                      By: */s/ Joesph Drapalski*
                          Elizabeth M. Weaver
                          H. Joseph Drapalski III

                          *Attorneys for Defendant TriMas Corporation*

Dated: April 30, 2020         **ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

                      By: */s/ Tim C. Hsu*
                          John J. Allen
                          Tim C. Hsu

                          *Attorneys for Defendant Bradford White Corporation*

| | | |
|---|---|---|
| 1 | Dated: April 30, 2020 | **MICHELMAN AND ROBINSON LLP** |
| 2 | | |
| 3 | | By: /s/ Warren A. Koshofer |
| 4 | | Ronald R Camhi<br>Warren A. Koshofer |
| 5 | | |
| 6 | | *Attorney for Defendants Luppe Ridgway Luppen, Paula Busch Luppen, and Metal Products Engineering* |
| 7 | | |
| 8 | Dated: April 30, 2020 | **A\|D\|Y Law Group, P.C.** |
| 9 | | |
| 10 | | By: /s/ A. David Youssefyeh<br>A. David Youssefyeh |
| 11 | | |
| 12 | | *Attorney for Defendant Infinity Holdings, LLC* |
| 13 | Dated: April 30, 2020 | **STILESPOMEROY LLP** |
| 14 | | |
| 15 | | By: /s/ Michael J. Stiles |
| 16 | | Charles H. Pomeroy<br>Michael J. Stiles |
| 17 | | |
| 18 | | *Attorney for Defendant Deutsch/SDL, LTD* |
| 19 | Dated: April 30, 2020 | **KING & SPALDING LLP** |
| 20 | | |
| 21 | | By: /s/ Douglas Henderson<br>Douglas Henderson<br>Matthew L. Hofer |
| 22 | | |
| 23 | | *Attorney for Defendant Rheem Manufacturing Company* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Dated: April 30, 2020 | **MILLHOUSE HAHN LLP** |
| | By:  */s/ Ernest John Hanh* |
| | Ernest John Hahn |
| | *Attorney for Cross-Defendant Safety-Kleen Systems, Inc.* |

### ECF CERTIFICATION

I, Adam M. Shapiro, in compliance with Civil Local Rule 5-4.3.4(a)(2)(i), hereby attest that the above-named counsel have concurred in this filing.