1  MATTHEW K. EDLING (SBN 250940)
2  matt@sheredling.com
   TIMOTHY R. SLOANE (SBN 292864)
3  tim@sheredling.com
4  **SHER EDLING LLP**
   100 Montgomery St., Suite 1410
5  San Francisco, CA 94104
6  Tel:   (628) 231-2500
   Fax:   (628) 231-2929
7
8  *Attorneys for Plaintiffs ALISU INVESTMENTS, LTD.,
   and KARGO GROUP GP, LLC*
9

10              **UNITED STATES DISTRICT COURT**

11        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

12

| | |
|---|---|
| ALISU INVESTMENTS, LTD. and KARGO GROUP GP, LLC, | Case No. 2:16-CV-00686 MWF (PJWx) |
| Plaintiffs, | Honorable Michael W. Fitzgerald |
| v. | **JOINT STATUS REPORT AND REQUEST FOR EXTENSION AND [PROPOSED] ORDER** |
| TRIMAS CORPORATION d/b/a/ NI INDUSTRIES, INC.; BRADFORD WHITE CORPORATION; LUPPE RIDGWAY LUPPEN; PAULA BUSCH LUPPEN; METAL PRODUCTS ENGINEERING; DEUTSCH/SDL, LTD.; RHEEM MANUFACTURING COMPANY; and INFINITY HOLDINGS, LLC, | |
| Defendants. | |
| AND ALL COUNTERCLAIMS | |

Plaintiffs Alisu Investments, Ltd. and Kargo Group GP, LLC (collectively "Plaintiffs"), Defendants Bradford White Corp. ("Bradford") and Infinity Holdings, LLC ("Infinity") (collectively, "Defendants"), submit this Joint Status Report pursuant to the Court's June 29, 2022 Order (Dkt No. 330).

Since the last update submitted to the Court, the remaining parties – Plaintiffs, Bradford, and Infinity (collectively, the "Parties") – have continued to engage in good faith settlement discussions and remain of the view that acceptable settlements may be reached but the parties require more time to reach such settlements as explained herein.

Plaintiffs and Infinity believe they are close to a resolution and presently do not need anticipate requiring any court assistance.

On September 8, 2022, Plaintiffs submitted a Remedial Action Plan ("RAP") as requested by Department of Toxic Substances Control ("DTSC"). Plaintiffs had previously (July 25, 2022) submitted a Feasibility Study ("FS") to DTSC. Plaintiffs and Bradford have been communicating with DTSC regarding the FS and RAP to facilitate DTSC approval. However, DTSC has informed Plaintiffs that it requires more time for review.

While an approved FS and RAP have not yet issued, Plaintiffs presently estimate that DTSC should complete its review of the FS and RAP by the first quarter of 2023. Following DTSC review of the FS and RAP, the RAP (and any related documents) will be made available for a 60-day public comment period, which, after review and comments, will be followed by DTSC approval of the RAP. Plaintiffs best estimate is that this regulatory process should be largely complete by the second quarter of 2023.

Plaintiffs and Bradford agree that DTSC's approval of the FS and RAP will have a direct correlation to the recovery sought and potential settlement ranges, as the scope of remediation work is the central issue regarding the dollars amount of a settlement between the Plaintiffs and Bradford. The issuance of approved the FS

1  and RAP will further allow the parties to better understand the universe of damages
2  and make informed decisions concerning settlement.  Plaintiff and Bradford wish to
3  explore settlement but require DTSC's approval of the FS and RAP before they may
4  do so, and believe that a further extension of the present stay will facilitate such
5  settlement efforts.

6  As such, the parties request an extension of the stay until May 2023 so they
7  can obtain approval of the FS and RAP from the DTSC defining the required scope
8  of remediation.

Dated: October 14, 2022        **SHER EDLING LLP**

By:  */s/ Matthew K. Edling*
     Matthew K. Edling
     Timothy R. Sloane

     *Attorneys for Plaintiffs ALISU INVESTMENTS, LTD, and KARGO GROUP GP, LLC*

Dated: October 14, 2022        **ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

By:  */s/ Tim C. Hsu*
     John J. Allen
     Tim C. Hsu

     *Attorneys for Defendant Bradford White Corporation*

Dated: October 14, 2022        **A|D|Y Law Group, P.C.**

By:  */s/ A. David Youssefyeh*
     A. David Youssefyeh

     *Attorney for Defendant Infinity Holdings, LLC*

## ECF CERTIFICATION

I, Matthew K. Edling, in compliance with Civil Local Rule 5-4.3.4(a)(2)(i), hereby attest that the above-named counsel has concurred in this filing.