1  MATTHEW K. EDLING (SBN 250940)
2  matt@sheredling.com
   TIMOTHY R. SLOANE (SBN 292864)
3  tim@sheredling.com
4  **SHER EDLING LLP**
   100 Montgomery St., Suite 1410
5  San Francisco, CA 94104
6  Tel:   (628) 231-2500
   Fax:   (628) 231-2929
7
8  *Attorneys for Plaintiffs ALISU INVESTMENTS, LTD.,
   and KARGO GROUP GP, LLC*
9

10              **UNITED STATES DISTRICT COURT**

11        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

12

| | |
|---|---|
| 13  ALISU INVESTMENTS, LTD. and KARGO GROUP GP, LLC, | Case No. 2:16-CV-00686 MWF (PJWx) |
| 14  Plaintiffs, | Honorable Michael W. Fitzgerald |
| 15  v. | **JOINT STATUS REPORT AND REQUEST FOR TRIAL SETTING ORDER** |
| 16  TRIMAS CORPORATION d/b/a/ NI INDUSTRIES, INC.; BRADFORD WHITE CORPORATION; LUPPE RIDGWAY LUPPEN; PAULA BUSCH LUPPEN; METAL PRODUCTS ENGINEERING; DEUTSCH/SDL, LTD.; RHEEM MANUFACTURING COMPANY; and INFINITY HOLDINGS, LLC, | |
| 21  Defendants. | |
| 22 | |
| 23  AND ALL COUNTERCLAIMS | |

24
25
26
27
28

# JOINT STATUS REPORT

Plaintiffs Alisu Investments, Ltd. and Kargo Group GP, LLC (collectively "Plaintiffs") and Defendant Bradford White Corp. ("Bradford"), hereby submit this Joint Status Report pursuant to the Court's May 22, 2023 Order (Dkt No. 340).

Since the last update submitted to the Court, the remaining parties – Plaintiffs and Bradford (collectively, the "Parties") – have continued to engage in good faith settlement discussions but have not yet been able to reach a resolution.

As the Court may recall, the Parties desired to obtain a Remedial Action Plan ("RAP") prepared by Plaintiffs and approved by the Department of Toxic Substances Control ("DTSC") to allow Bradford to assess the scope of approved remediation work which would help set parameters for a reasonable resolution of the dispute. Plaintiffs submitted a RAP on September 8, 2022 as requested by DTSC, and both Plaintiffs and Bradford have been communicating with DTSC to facilitate DTSC approval of the submitted RAP. The DTSC issued a Memorandum providing comments on the draft RAP dated December 15, 2022, and the DTSC Human and Ecological Office (HERO) provided comments on Plaintiff's Feasibility Study on February 23, 2023. Plaintiffs' consultant has submitted a revised RAP which includes a draft notice for a 30-day community review as required by the DTSC.

Plaintiffs and Bradford still desire to resolve this dispute through settlement but, given the time that has lapsed and the expiration of the litigation stay on May 1, 2023, the Parties request that the Court set this case for trial on a reasonable schedule to allow the Parties to attempt to reach a settlement and prepare for trial if necessary. As such, the Parties respectfully submit and request the Court issue an order with deadlines as follows:

- All non-expert discovery shall be completed by no later than September 29, 2023;
- The Parties shall designate their expert witnesses, and make the required disclosures, by no later than October 2, 2023;

- The Parties shall designate and disclose any rebuttal expert witnesses by October 23, 2023;
- All expert discovery shall be completed by November 30, 2023;
- The last day to file motions shall be December 29, 2023;
- Pursuant to Local Rule 15-16, the Parties elect to participate in a private dispute resolution proceeding, and such proceeding shall be completed by January 26, 2024;
- The Parties shall file their respective Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine by February 22, 2024;
- The Parties shall lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict forms, and file any oppositions thereto by March 15, 2024;
- Final Pretrial Conference and Hearing on Motions in Limine to be held in April, 2024; and
- Trial Date (Est. 3-5 Days) to start on May __, 2024.

Respectfully submitted,

Dated: June 2, 2023          **SHER EDLING LLP**

                             By: /s/ Matthew K. Edling
                                 Matthew K. Edling

                             *Attorneys for Plaintiffs ALISU INVESTMENTS, LTD, and KARGO GROUP GP, LLC*

Dated: June 2, 2023                    **ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

By: */s/ John J. Allen*
    John J. Allen
    Tim C. Hsu

*Attorneys for Defendant Bradford White Corporation*

## ECF CERTIFICATION

I, Matthew K. Edling, in compliance with Civil Local Rule 5-4.3.4(a)(2)(i), hereby attest that the above-named counsel has concurred in this filing.