1  MATTHEW K. EDLING (SBN 250940)
2  matt@sheredling.com
   TIMOTHY R. SLOANE (SBN 292864)
3  tim@sheredling.com
4  **SHER EDLING LLP**
   100 Montgomery St., Suite 1410
5  San Francisco, CA 94104
6  Tel:   (628) 231-2500
   Fax:   (628) 231-2929
7
8  *Attorneys for Plaintiffs ALISU INVESTMENTS, LTD.,
   and KARGO GROUP GP, LLC*
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| ALISU INVESTMENTS, LTD. and KARGO GROUP GP, LLC, | Case No. 2:16-CV-00686 MWF (PJWx) |
|---|---|
| Plaintiffs, | Honorable Michael W. Fitzgerald |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER RE: STAY OF DEADLINES** |
| TRIMAS CORPORATION d/b/a/ NI INDUSTRIES, INC.; BRADFORD WHITE CORPORATION; LUPPE RIDGWAY LUPPEN; PAULA BUSCH LUPPEN; METAL PRODUCTS ENGINEERING; DEUTSCH/SDL, LTD.; RHEEM MANUFACTURING COMPANY; and INFINITY HOLDINGS, LLC, | |
| Defendants. | |
| AND ALL COUNTERCLAIMS | |

## JOINT STIPULATION

Pursuant to Central District Civil Local Rule 7-1, Plaintiffs Alisu Investments, Ltd. and Kargo Group GP, LLC (collectively "Plaintiffs"), and Defendant Bradford White Corp. ("Bradford"), by and through their respective counsel, HEREBY STIPULATE AND AGREE as follows:

WHEREAS, the operative trial schedule in this matter is set forth in the Court's June 5, 2023 Order re Jury Trial, Dkt. 343.

WHEREAS, since the Parties last updated the Court on the status of this matter on June 2, 2023, Dkt. 341, Plaintiffs and Defendant have had three productive mediations with Tim Gallagher of the Gallagher Group. The Parties share the view that continued mediation will be productive. The Parties are in the process of scheduling another mediation session with Mr. Gallagher.

WHEREAS, an unforeseen obstacle to settlement recently emerged related to the California Department of Toxic Substances Control's ("DTSC") oversight of the 4901 S. Boyle Ave. property ("Property") and the scope of the required cleanup. This development has implications for the overall cost of remediating the Property, and accordingly, on the Parties' settlement discussions and expert disclosures. While the Parties do not believe that this development is insurmountable, they require additional time for Plaintiffs to work with DTSC to resolve uncertainties as to the scope of the cleanup and to incorporate any changes thereto into their expert work and settlement negotiations.

WHEREAS, the recent development with the DTSC would impact the overall costs of remediation based on a potentially expanded scope of the required cleanup, and additional time is needed to determine the effect of this development before the Parties can continue their settlement negotiations.

WHEREAS, the Parties each desire to resolve this case through settlement, rather than expend the significant resources for an expert-driven trial which can be better put towards resolution. The Parties have been working diligently towards this

goal, including through the multiple mediation sessions with Mr. Gallagher held in the last two months. The Parties believe that pausing this matter to facilitate clarification of the scope of the required remediation and for the Parties' experts to assess the adjusted remedial parameters will provide an opportunity for resolution without the need for trial or use of judicial resources for that endeavor.

WHEREAS, the deadline for expert discovery to be complete is November 30, 2023. The Parties believe that affording them 90 days to work with DTSC, their experts, and Mr. Gallagher, rather than focusing on expert discovery, summary judgment and trial preparation, would facilitate settlement of this matter. The Parties further agree that the Court should vacate the operative schedule and stay the matter for 90 days, after which time the Parties will report to the Court with a status update and proposal for a new schedule and potentially a settlement.

NOW THEREFORE, Plaintiffs and Bradford hereby stipulate, subject to the Court's approval and Order, that the trial schedule, Dkt. 343, be vacated and the matter be stayed 90 days

Respectfully submitted,

Dated: November 8, 2023     **SHER EDLING LLP**

By:  */s/ Matthew K. Edling*
     Matthew K. Edling

*Attorneys for Plaintiffs ALISU INVESTMENTS, LTD, and KARGO GROUP GP, LLC*

| | |
|---|---|
| Dated: November 8, 2023 | **ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP** |
| | By: */s/ Tim Hsu* |
| | John J. Allen |
| | Tim C. Hsu |
| | *Attorneys for Defendant Bradford White Corporation* |

### ECF CERTIFICATION

I, Matthew K. Edling, in compliance with Civil Local Rule 5-4.3.4(a)(2)(i), hereby attest that the above-named counsel has concurred in this filing.