JOHN J. ALLEN (BAR NO. 069970)
TIM C. HSU (BAR NO. 279208)
STACEY A. VILLAGOMEZ (BAR NO. 317081)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: jallen@allenmatkins.com
        thsu@allenmatkins.com
        svillagomez@allenmatkins.com

Attorneys for Defendant
BRADFORD WHITE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALISU INVESTMENTS, LTD. and KARGO GROUP GP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TRIMAS CORPORATION d/b/a/ NI INDUSTRIES, INC.; BRADFORD WHITE CORPORATION; LUPPE RIDGWAY LUPPEN; PAULA BUSCH LUPPEN; METAL PRODUCTS ENGINEERING; DEUTSCH/SDL, LTD.; RHEEM MANUFACTURING COMPANY; and INFINITY HOLDINGS, LLC, <br><br> Defendants. <br><br> AND ALL COUNTERCLAIMS. | Case No. 2:16-CV-00686 MWF (MAR) <br><br> Judge Hon. Michael W. Fitzgerald <br><br> **JOINT REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT BRADFORD WHITE CORPORATION'S COUNTERCLAIMS AGAINST PLAINTIFFS** <br><br> Trial Date: None Set |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4895-8012-6923.1

Case No. 2:16-CV-00686 MWF (PJWx)
JOINT REQUEST FOR DISMISSAL WITH
PREJUDICE OF DEFENDANT BRADFORD
WHITE CORPORATION'S

## JOINT REQUEST FOR DISMISSAL

Pursuant to Federal Rules of Civil Procedure Rule 41(c), Plaintiffs Alisu Investments, Ltd. and Kargo Group GP, LLC (together, "Plaintiffs") and Defendant Bradford White Corporation ("Defendant") request that the Court enter an order dismissing Defendant's Counterclaims against Plaintiffs (Dkt. 89), with prejudice, in the above-captioned action.  The Court approved the Settlement Agreement between the parties on June 21, 2024.  (Dkt. 355.)

Dated: June 28, 2024

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
JOHN J. ALLEN
TIM C. HSU
STACEY A. VILLAGOMEZ

By: _____*/s/John J. Allen*_____
JOHN J. ALLEN
Attorneys for Defendant
Bradford White Corporation

Dated: June 28, 2024

SHER EDLING LLP
MATTHEW K. EDLING

By: _____*/s/Matthew K. Edling*_____
MATTHEW K. EDLING
Attorneys for Plaintiffs
Alisu Investments, Ltd. and
Kargo Group GP, LLC

Pursuant to Local Rule 5-4.3.4 for signatures on electronically filed documents, all signatories concur with this filing's content and have authorized this filing.

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4895-8012-6923.1

-2-

Case No.  2:16-CV-00686 MWF (PJWx)
JOINT REQUEST FOR DISMISSAL WITH
PREJUDICE OF DEFENDANT BRADFORD
WHITE CORPORATION'S